UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATRINA MAXWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>TATE & KIRLIN ASSOCIATES, INC.,<br><br>    Defendants. | Case No.: 2:18-cv-17778-SDW-LDW<br><br>**NOTICE OF DISMISSAL** |

COMES NOW Plaintiff Katrina Maxwell, by and through her attorney of record, dismissing Defendant Tate & Kirlin Associates, Inc., from this action WITH prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 15th day of February, 2019.

                                        Respectfully Submitted,

                                        /s/ Daniel Zemel
                                        Daniel Zemel Esq.
                                        Zemel Law, LLC
                                        1373 Broad St., Suite 203-C
                                        Clifton, New Jersey 07013
                                        Phone: 862-227-3106
                                        Email: dz@zemellawllc.com

**So Ordered**
this 29th day of March 2019
_____
Susan D. Wigenton, U.S.D.J.